UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XERIANT, INC.,

                Plaintiff,

-v-

XTI AIRCRAFT COMPANY, *et al.*,

                Defendants.

23-CV-10656 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated by the Court on the record during the telephone conference on January 3, 2024, Plaintiff Xeriant, Inc.'s motion for a preliminary injunction and for a temporary restraining order is denied.

    The Clerk of Court is directed to close the motion at ECF Number 10.

    SO ORDERED.

Dated: January 3, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge