UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XERIANT, INC.,

                        Plaintiff,

          -v-

XTI AIRCRAFT CO., *et al.*,

                        Defendants.

23-CV-10656 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 10, 2025, Defendant XTI Aircraft Company filed a letter motion requesting an order compelling Plaintiff Xeriant, Inc.'s compliance with discovery. (ECF No. 97.) On October 20, 2025, this Court held a discovery conference. Upon consideration of the parties' submissions and the arguments presented at the conference, and for good cause shown, the Court **GRANTS** Defendant's letter motion and hereby **ORDERS** as follows:

       1.       Plaintiff shall retain a qualified professional e-discovery vendor to conduct collection, processing, and production of electronically stored information ("ESI") in accordance with the Stipulated ESI Protocol so-ordered on July 29, 2025 (ECF No. 90).

       2.       Plaintiff shall fully comply with the ESI Protocol, including, but not limited to, identifying all custodians and non-custodial data sources likely in possession, custody, or control of ESI responsive to XTI's discovery demands—such as email accounts, shared network drives, personal drives, external hard drives, removable media, cloud-based repositories, and any other storage locations used to maintain company information—proposing reasonable search terms to be applied to the ESI collected from such custodians and sources, and ensuring that all responsive ESI is produced in the format required by the Protocol.

3. Plaintiff shall provide to XTI the names of all custodians and its proposed search terms no later than November 7, 2025, and shall serve its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure by the same date.

4. The parties shall appear for a telephonic status conference on **November 21, 2025, at 12:00 p.m.**, at which time Plaintiff shall report on its progress toward full compliance with this Order and the ESI Protocol.

5. The Court reserves ruling on the additional relief sought in XTI's second letter motion to compel pending further review of Plaintiff's compliance with this Order.  However, Plaintiff has been woefully deficient thus far in complying with the Protocol to which it agreed, and the Court warns that further failure to make adequate productions in compliance with the Protocol will result in dismissal of Plaintiff's case.

6. Finally, Attorney Marcellous McZeal is again ordered to file a notice of appearance so that he directly receives notifications in this case.  The Court previously ordered him to do so on September 23, 2025 (ECF No. 98), but he has failed to do so.

The Clerk of Court is directed to close the motion at Docket Number 97.

SO ORDERED.

Dated: October 23, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge